AO 88 (Rev. 11/91) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF NEW YORK

United States of America

v.

James Fleming

1230 Sutter Avenue
7a
Brooklyn, NY 11208

**Summons in a Civil Action**

**Case Number:**
**Claim No. :** C-66603W

CV 04 1499

ROSS, J.

GO M.

**TO:**

James Fleming

1230 Sutter Avenue
7a
Brooklyn, NY 11208

YOU ARE HEREBY SUMMONED *and required to file with the Clerk of this Court and serve upon*

**PLAINTIFF'S ATTORNEY**

Liberatore J. Iannarone
Mullen & Iannarone, P.C.
Attorneys for the Plaintiff
300 East Main Street
Smithtown, NY 11787

***an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.***

APR 12 2004
**DATE**

ROBERT C. HEINEMANN
**CLERK**

R. Davis
**BY DEPUTY CLERK**

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

Claim No. : C-66603W
Civil Action No.:
Judge:

UNITED STATES OF AMERICA §
§
vs. §
§
James Fleming

**COMPLAINT**

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

The United States of America, plaintiff, alleges that:

**Jurisdiction**

1. This Court has jurisdiction over the subject matter of this application pursuant to Article III, Section 2, U.S. Constitution and 28 U.S.C. § 1345.

**Venue**

2. The defendant is a resident of New York state, within the jurisdiction of this Court and may be served with service of process at 1230 Sutter Avenue 7a Brooklyn, NY 11208.

**The Debt**

3. The debt owed the U.S.A. is as follows:

| | |
|---|---|
| A. Current Principal | $687.75 |
| B. Current Capitalized Interest Balance and Accrued Interest (*after application of all prior payments, credits, and offsets.)* | $1,207.05 |
| C. Administrative Fees, Cost, Penalties *(after application of all prior payments, credits, and offsets.)* | $.00 |
| **Total Owed** | **$1,894.80** |

The Certificate of Indebtedness, attached shows the total owed. The principal balance and the interest balance shown on the Certificate of Indebtedness is correct as of the date of the Certificate of Indebtedness after the application of all prior payments, credits, and offsets. Prejudgment interest accrues at the rate of 7.000% per annum.

**Failure to Pay**

4. Demand has been made upon the defendant for payment of the indebtedness, and the defendant has neglected and refused to pay the same.

**WHEREFORE,** U.S.A. prays for judgment:

A. For the sums set forth in paragraph 3 above, plus pre-judgment interest through the date of judgment, all administrative costs allowed by law, and post-judgment interest pursuant to 28 U.S.C. § 1961 that interest on the judgment be at the legal rate until paid in full;

B. For such other relief which the Court deems proper.

Date: March 27, 2004

**By:** [signature]

**Liberatore J. Iannarone**
**Mullen & Iannarone, P.C.**
**Attorneys for the Plaintiff**
**300 East Main Street**
**Smithtown, NY 11787**

**Tel. No. (631)361-7050**
**Fax No. (631)361-7354**

U. S. DEPARTMENT OF EDUCATION
SAN FRANCISCO, CALIFORNIA

CERTIFICATE OF INDEBTEDNESS

Name: James Fleming
Address: 39 Hopkinson Ave.
Brooklyn, NY 11233
SSN: 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

Total debt due United States as of 08/20/97: $ 1,577.75

I certify that Department of Education records show that the debtor named above is indebted to the United States in the amount stated above, plus additional interest on the principal balance of $ 687.75 from 08/20/97 at the annual rate of 7%. Interest accrues on the principal amount of this debt at the rate of $ .13 per day.

The claim arose in connection with a Government insured or guaranteed loan(s) made by a private lender and assigned to the United States.

On 10/18/77 the debtor executed promissory note(s) to secure loan(s) from Manufacturers Hanover Co. under loan guaranty programs authorized under Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et.seq (34 C.F.R. Part 682). The holder demanded payment according to the terms of the notes(s) and on 02/27/79 the debtor defaulted on the obligation.

Pursuant to 34 C.F.R. 682.202 and/or terms of the promissory note(s) the holder(s) capitalized interest accrued to the original lender in the amount of $ 37.75 thereby increasing the principal balance due to $ 687.75.

After application of the last voluntary payment of $ 0.00 which was received on N/A the debtor now owes the following:

| | |
|---|---|
| Principal: | $ 687.75 |
| Interest: | $ 890.00 |
| Administrative/Collection Costs: | $ 0.00 |
| Penalties: | $ 0.00 |

CERTIFICATION: Pursuant to 28 USC Section 1746, I certify under penalty of perjury that the foregoing is true and correct.

AUG 2 8 1997
(Date)

Loan Analyst
Litigation Branch

EXHIBIT "A"